1 | BENJAMIN K. LUNCH, Bar No. 246015
2 | WAN YAN LING, Bar No. 297029
TANISHA M. ARATA, Bar No. 280588
3 | NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
4 | San Francisco, CA  94104
Tel:  (415) 677-9440
5 | Fax: (415) 677-9445
Email: blunch@neyhartlaw.com
6 |         wling@neyhartlaw.com
         tarata@neyhartlaw.com
7 | Attorneys for Plaintiffs

8

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### (San Jose Division)

| | |
|---|---|
| BAY AREA ROOFERS HEALTH & WELFARE TRUST FUND, PACIFIC COAST ROOFERS PENSION PLAN, EAST BAY/NORTH BAY ROOFERS VACATION TRUST FUND, BAY AREA COUNTIES ROOFING INDUSTRY PROMOTION FUND, BAY AREA COUNTIES ROOFING INDUSTRY APPRENTICESHIP TRAINING FUND; DOUG ZIEGLER, as trustee of the above; ROBERT RIOS, as trustee of the BAY AREA ROOFERS HEALTH & WELFARE TRUST FUND and the  PACIFIC COAST ROOFERS PENSION PLAN, | Case No. **COMPLAINT** |
| Plaintiffs, | |
| v. | |
| PETERSEN-DEAN, INC d/b/a PETERSENDEAN, a California corporation; and PETERSEN-DEAN COMMERCIAL, INC. d/b/a ROOFS4AMERICA, a California corporation, | |
| Defendants. | |

**COMPLAINT**
Case No.

Plaintiffs allege:

I.

## JURISDICTION AND PARTIES

1.    Jurisdiction.  This is an action to collect unpaid contributions to multi-employer benefit plans pursuant to a collective bargaining agreement.  It is also an action to enforce the terms of a multi-employer benefit trust agreement, specifically the terms requiring an employer to make contributions to Plaintiffs, and to submit to an audit. Jurisdiction is pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1132(a), (e) and (g), 29 U.S.C. § 1145 and the Labor-Management Relations Act ("LMRA"), 29 U.S.C. § 185.

To the extent jurisdiction over any claim does not exist under ERISA or the LMRA, supplemental jurisdiction exists in this Court over such claims by virtue of 29 U.S.C. § 1367 in that they arise out of a common nucleus of operative facts that form the basis of the federal claims asserted herein, each of which has a substantial ground in federal jurisdiction.

2.    Venue.  Venue is appropriate in this District as Plaintiff plans are administered in this District (Santa Clara County), and the breach took place in this District; 29 U.S.C. § 1132(e)(2).

3.    Parties. Plaintiffs THE BAY AREA ROOFERS HEALTH & WELFARE TRUST FUND ("Health and Welfare Trust"), PACIFIC COAST ROOFERS PENSION PLAN ("Pension Trust"), EAST BAY/NORTH BAY ROOFERES VACATION TRUST FUND ("Vacation Fund"), BAY AREA COUNTIES ROOFING INDUSTRY PROMOTION FUND ("Promotion Fund"), and BAY AREA COUNTIES ROOFING INDUSTRY APPRENTICESHIP TRAINING FUND ("Apprenticeship Trust") will be collectively referred to as the "Trusts."  Each of the Trusts, except the Promotion Fund, are multi-employer employee benefit plans pursuant to ERISA, 29 U.S.C. § 1002(3), (37) and 29 U.S.C. § 1132(d)(1) and each is a jointly trusted employee benefit plan pursuant to the LMRA, 29 U.S.C. § 186(c)(5). Employers make contributions to the Trusts

COMPLAINT
Case No.

1

pursuant to the terms of the collective bargaining agreements ("CBAs") with Locals 81 and/or 95 of the United Union of Roofers, Waterproofers and Allied Workers, AFL-CIO (respectively, "Local 81" and "Local 95," and collectively, "Unions") and the Associated Roofing Contractors of the Bay Area Counties, Inc. ("Employer Association"). The Health and Welfare Trust is the designated representative and collection agent for all of the Trusts and related entities.

4.      Plaintiff DOUG ZIEGLER is a trustee and fiduciary of each of the Trusts and the Business Manager of Local 81. As such, Mr. Ziegler is a fiduciary of the trusts within the meaning of ERISA § 402, 29 U.S.C. § 1102. As trustee, Mr. Ziegler has the duty, jointly exercised with the other trustees of those funds, to administer the trusts for the exclusive benefit of the covered employees in accordance with the applicable law, the terms of each of the trusts' written trust agreements and the collective bargaining agreements. The fiduciary duty includes the collection of unpaid employer contributions and related losses.

5.      Plaintiff ROBERT RIOS is a trustee and fiduciary of the Health and Welfare Trust and the Pension Trust, and is also the Business Manager of Local 95. As such, Mr. Rios is a fiduciary of the trusts within the meaning of ERISA § 402, 29 U.S.C. § 1102. As trustee, Mr. Rios has the duty, jointly exercised with the other trustees of those funds, to administer the trusts for the exclusive benefit of the covered employees in accordance with the applicable law, the terms of each of the trusts' written trust agreements and the collective bargaining agreements. The fiduciary duty includes the collection of unpaid employer contributions and related losses.

6.      Upon information and belief, Defendant PETERSEN-DEAN, INC. d/b/a PETERSENDEAN (hereinafter referred to as "PD") is a corporation doing business under California entity # C1261149 and California Contractor's State License #468117.

7.      Upon information and belief, Defendant PETERSEN-DEAN COMMERCIAL, INC. d/b/a ROOFS4AMERICA (hereinafter referred to as "PD Commercial" is a corporation doing business under California entity # C2435283 and California Contractor's State License #832119.

8.      Upon information and belief, pursuant to the Contractors State License Board, on August 23, 2016, PETERSEN-DEAN COMMERICAL, INC. was d/b/a PETERSENDEAN, and was a corporation doing business under California State License #832119. A true and correct copy of PETERSEN-DEAN COMMERICAL, INC. d/b/a PETERSENDEAN's entry on the Contractors State License Board site as of August 23, 2016 is attached hereto as "**Exhibit A**."

9.      Defendants PD and PD Commercial (hereinafter collectively referred to as "Defendants") are engaged in the roofing, waterproofing and/or contracting business in and around Alameda County, California and as such have been employers "engaged in an industry or activity affecting commerce" within the meaning of 29 U.S.C. § 152 and 29 U.S.C. §§ 1002-1003.

II.

FACTS

10.      At all times material herein, there have been in full force and effect CBAs covering the wages, hours and conditions of employment of certain employees of PD and PD Commercial. Defendants agreed to be bound to said CBAs and applicable trust agreements, which have been in force during all relevant times herein by: (i) signing agreement(s) to bind themselves to said CBAs; (ii) requesting and accepting the dispatch of workers from the Unions' hiring halls; (iii) submitting monthly transmittals to the Trusts, pursuant to the terms of the CBAs and trust agreements; and (iv) making monthly fringe benefit contributions to the Trusts, pursuant to the terms of the CBAs and trust agreements.

11.      Defendants are signatory to the CBA(s) and are therefore bound by all provisions contained in the most recent version of the CBA(s).

12.     Any employer who agrees to be bound to the CBA(s) also agrees to be bound to the applicable trust agreement(s).

13.     The terms of the CBAs and applicable trust agreements require Defendants to submit timely monthly transmittal reports and fringe benefit contributions to the Trusts for covered employees.

14.     Under the CBAs and the applicable trust agreements, an employer who fails to submit timely monthly fringe benefit contributions to the Trusts is liable to the Trusts for all unpaid contributions, liquidated damages on the unpaid principal, interest on the delinquent amount accrued and liquidated damages, and attorneys' fees and collection costs.  See also, 29 U.S.C. § 1132(g).

15.     Defendants have failed to pay the required contributions to the Trusts during the relevant period of the statute of limitations pursuant to the appropriate CBAs and/or trust agreements.  See also, 29 U.S.C. § 1132(g).

16.     Defendants also owe liquidated damages for the outstanding contributions.

17.     The CBAs and/or the applicable trust agreements require all employers, upon written request, to submit to an audit by the Trusts' auditor. The purpose of the audit is to ensure employers are making all required fringe benefit contributions timely and in full.

18.     In or around December 2016, the Trusts' auditor performed an audit on Defendants for the time period August 1, 2011 through June 30, 2015 ("the first audit period"). A true and correct copy of the audit report is attached hereto as "**Exhibit B**."

19.    On March 9, 2017, Local 81 sent a letter to PD, disclaiming interest in representing PD's roofers and waterproofers. A true and correct copy of this letter is attached hereto as "**Exhibit C**."[1]

20.    On March 16, 2017, PD sent a letter to Local 81, stating: "Petersen-Dean, Inc., and on behalf of all subsidiaries and/or affiliates, hereby accepts the Union's disclaimer of interest dated March 9, 2017." A true and correct copy of this letter is attached hereto as "**Exhibit D**."

21.    On or around April 2017, the Trusts' auditor repeatedly attempted to schedule an exit audit with Defendants for the period July 1, 2015 through March 2017 (the "exit audit period"). Defendants have refused to submit to an exit audit by the Trusts' auditor, as required by the CBAs and/or trust agreement(s).

22.    The CBAs and applicable trust agreement(s) provide that if legal action must be taken to recover amounts due the Trusts, Defendants will pay actual and reasonable attorney's fees incurred by the Trusts, as well as all related collection and audit costs.  Defendants are likewise required to pay such fees and costs pursuant to 29 U.S.C. § 1132.

23.    PD's listed address on the Contractors State License Board site is 39300 Civic Center Drive, Fremont, CA 94538. It's listed phone number is 510-371-6500. It's listed Responsible Managing Officer/CEO/President is James Patrick Petersen. It's listed workers compensation insurance with the Department of Industrial Relations bears policy #SP4056778. PD's listed agent for service of process on the California Secretary of State site is: George Milionis, 39300 Civic Center Drive, Suite 300, Fremont, CA 94538.

---

[1] A typo on the letter shows the date of the letter as "March 9, 2016" instead of "March 9, 2017." However, PD's response to the letter and reference to the date of the letter makes it clear that the correct date is "March 9, 2017," and that PD had understood the correct date to be "March 9, 2017."

24.     PD Commercial's listed address on the Contractors State License Board site is 39300 Civic Center Drive, Suite 300, Fremont, CA 94538. It's listed phone number is 510-371-6500. It's listed Responsible Managing Officer/CEO/President is James Patrick Petersen. It's listed workers compensation insurance with the Department of Industrial Relations bears policy #SP4056778. PD Commercial's listed agent for service of process on the California Secretary of State site is: George Milionis, 39300 Civic Center Drive, Suite 300, Fremont, CA 94538.

25.     Pursuant to Defendants' own listed entries on the Contractors State License Board and California Secretary of State sites, Defendants share, inter alia, the same business address, business phone number, management personnel, workers compensation insurance policy, and agent for service of process. A true and correct copy of Defendants' entries on said sites is attached hereto as "**Exhibit E**."

26.     Since 2003, Defendants have availed themselves of the benefits of both Local 81's and Local 95's union hiring halls for the referral of employees.

27.     Since 2003, Defendants have regularly deducted union dues and remitted them to the respective union, pursuant to the terms of the CBAs and applicable trust agreements.

28.     Since 2003, Defendants have submitted transmittals and fringe benefit contributions for work performed in the respective Unions' jurisdictions to the Trusts, pursuant to the terms of the CBAs and applicable trust agreements.

29.     Defendants show common ownership, common management, interrelation of operations, and centralized control of labor relations.

30.     Even if Defendants had not signed agreements binding themselves to the Unions' CBAs, Defendants have adopted the Unions' CBAs by conduct, and/or Defendants have bound themselves to the CBAs because of their status as alter egos, a single employer, and/or a successor in interest.

III.

FIRST CLAIM

(ERISA - 29 U.S.C. § 1145)

31.     Plaintiffs incorporate by reference and reallege the paragraphs above as if set out in full.

32.     Jurisdiction.  This is an action to collect unpaid contributions found owing to a multi-employer benefit plan pursuant to the terms of the trust agreement(s) and the CBAs. Jurisdiction is pursuant to ERISA, 29 U.S.C. §§ 1132(a), (e) and (g) and § 1145.

33.     Defendant' actions constitute a failure of an employer to make contributions to a multi-employer plan, as well as a breach of fiduciary duty owed pursuant to 29 U.S.C. § 1145.

34.     Plaintiffs are entitled to judgment for all unpaid contributions, liquidated damages, prejudgment interest, and reasonable attorneys' fees and costs pursuant to 29 U.S.C. § 1132(g)(2).

IV.

SECOND CLAIM

(LMRA - 29 U.S.C. § 185)

35.     Plaintiffs incorporate by reference and reallege the paragraphs above as if set out in full.

36.     Jurisdiction.  This is an action to enforce a collective bargaining agreement pursuant to 29 U.S.C. § 185(a).

37.     Defendants' failure to pay contributions owing breached the CBAs with Locals 81 and 95 to the detriment of Plaintiffs.  Plaintiffs are entitled to damages, liquidated damages, interest, attorneys' fees and costs pursuant to the CBA and Trust Agreement(s).

38.    Plaintiffs are entitled to pursue this claim as third party beneficiaries to the trust agreement(s). See *Schneider Moving & Storage Co. v. Robbins, et al.* (1984) 466 U.S. 364, and *Local 340 Apprenticeship and Training Trust v. Babcock & Wilcox* (9th Cir. 2005) 396 F.3d 1056.

V.

THIRD CLAIM

(Request for Audit Order)

39.    Plaintiffs incorporate by reference and reallege the paragraphs above as if set out in full.

40.    The CBAs and the applicable trust agreement(s) require all employers, upon request, to submit to an audit by the Trusts' auditor.

41.    Defendants have refused to cooperate with the Trusts' auditor for the purpose of conducting an exit audit.

42.    Plaintiffs are entitled to an order compelling Defendants to cooperate with the Trusts' auditor, to provide the pertinent documents and information, and to submit to an exit audit. Plaintiffs are also entitled to an order requiring payment of all unpaid contributions, liquidated damages, and prejudgment interest disclosed from both the exit audit (for the time period July 1, 2015 through March 2017) and the earlier completed audit (for the time period August 1, 2011 through June 30, 2015).

VI.

PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray judgment against Defendants, jointly and severally, as follows:

1.    For unpaid contributions according to proof;

4.    For an order requiring Defendants to make payment for all unpaid contributions, liquidated damages, and prejudgment interest as determined by both the exit audit and the earlier completed audit;

5.    For prejudgment interest according to proof;

6.    For reasonable attorneys fees and costs of suit and any further amounts according to proof;

7.    For such equitable relief as this court deems just and proper;

8.    For such other and further relief as this court deems just and proper.


Dated:  August 25, 2017                              Respectfully submitted,



                                        _____/s/ Wan Yan Ling_____
                                        Wan Yan Ling
                                        NEYHART, ANDERSON, FLYNN &
                                        GROSBOLL
                                        Attorneys for Plaintiff

# Exhibit A



# CONTRACTORS STATE LICENSE BOARD

# Contractor's License Detail for License # 832119

**DISCLAIMER: A license status check provides information taken from the CSLB license database. Before relying on this information, you should be aware of the following limitations.**

CSLB complaint disclosure is restricted by law (B&P 7124.6) If this entity is subject to public complaint disclosure, a link for complaint disclosure will appear below. Click on the link or button to obtain complaint and/or legal action information.

Per B&P 7071.17 , only construction related civil judgments reported to the CSLB are disclosed.

Arbitrations are not listed unless the contractor fails to comply with the terms of the arbitration.

Due to workload, there may be relevant information that has not yet been entered onto the Board's license database.

Data current as of 8/23/2016 5:14:47 PM

## Business Information

**PETERSEN - DEAN COMMERCIAL INC**
**dba PETERSENDEAN**

39300 CIVIC CENTER DR
SUITE 300
FREMONT, CA 94538
Business Phone Number:(510) 371-6500

| | |
|---|---|
| **Entity** | Corporation |
| **Issue Date** | 02/09/2004 |
| **Expire Date** | **02/28/2018** |

## License Status

This license is current and active.

All information below should be reviewed.

## Classifications

C39 - ROOFING
B - GENERAL BUILDING CONTRACTOR
C43 - SHEET METAL
C46 - SOLAR

## Bonding Information

Contractor's Bond

This license filed a Contractor's Bond with WASHINGTON INTERNATIONAL INSURANCE COMPANY.
**Bond Number:** S9057976
**Bond Amount:** $15,000
**Effective Date:** 01/01/2016
Contractor's Bond History

### Bond of Qualifying Individual

The qualifying individual JAMES PATRICK PETERSEN certified that he/she owns 10 percent or more of the voting stock/membership interest of this company; therefore, the Bond of Qualifying Individual is not required.
**Effective Date:** 02/09/2004
This license filed Bond of Qualifying Individual number **S9064738** for BERNARD GREGORY O'DONNELL in the amount of **$12,500** with WASHINGTON INTERNATIONAL INSURANCE COMPANY.
**Effective Date:** 03/29/2010
This license filed Bond of Qualifying Individual number **9131249** for ERIN J CLARK in the amount of **$12,500** with WASHINGTON INTERNATIONAL INSURANCE COMPANY.
**Effective Date:** 09/04/2013
**Cancellation Date:** 09/04/2016

## Workers' Compensation

This license has workers compensation insurance with the XL INSURANCE AMERICA INC
**Policy Number:**CWR7409480
**Effective Date:** 04/30/2016
**Expire Date:** 04/30/2017
Workers' Compensation History

## Other

Personnel listed on this license (current or disassociated) are listed on other licenses.

Home | Online Services | License Detail | Personnel List

# Contractor's License Detail (Personnel List)

**Contractor License #**   832119
**Contractor Name**   PETERSEN - DEAN COMMERCIAL INC

## Click on the person's name to see a more detailed page of information on that person

### Personnel Currently Associated with License

**Name**   JAMES PATRICK PETERSEN
**Title**   RMO / CEO / PRES
**Association Date**   02/09/2004
**Classification**   C39
**Name**   BERNARD GREGORY O'DONNELL
**Title**   RME
**Association Date**   05/20/2010
**Classification**   C43
**Name**   ERIN J CLARK
**Title**   RMO / CEO / PRES
**Association Date**   09/18/2013
**Classification**   B
**Additional Classification**   There are additional classifications that can be viewed by selecting this link.

### Personnel No Longer Associated with License

**Name**   DAVID JOSEPH VAN BEEK
**Title**   RMO
**Association Date**   02/09/2004
**Disassociation Date**   09/18/2013
**Classification**   B
**Name**   DAVID ERNEST STUMBOS
**Title**   OFFICER
**Association Date**   02/15/2008
**Disassociation Date**   11/24/2009

# Exhibit B

CLIENT'S COPY

BAY AREA ROOFERS TRUST FUNDS

REVISED EMPLOYER COMPLIANCE REPORT

PETERSEN DEAN

FREMONT, CALIFORNIA

AUGUST 1, 2011 THROUGH JUNE 30, 2015

CLIENT'S COPY <u>EXHIBIT "A"</u>

<u>BAY AREA ROOFERS TRUST FUNDS</u>
<u>PETERSEN DEAN</u>
<u>SUMMARY OF UNDER-REPORTED CONTRIBUTIONS AND STATEMENT OF AMOUNT DUE</u>
<u>AUGUST 1, 2011 THROUGH JUNE 30, 2015</u>

| <u>Schedules</u> | Total<br>Due |
|---|---|
| Local 81 - Regular Hours - Schedule A | $2,486.38 |
| Local 81 - Subcontract Work - Schedule B | 45,706.37 |
| Local 95- Subcontract Work - Schedule C | 191,883.31 |
| <u>TOTALS</u> | $240,076.06 |
| <u>INTEREST</u> | 93,863.03 |
| <u>TOTAL AMOUNT DUE</u> | $333,939.09 |

BAY AREA ROOFERS TRUST FUNDS
PETERSEN DEAN
SCHEDULE OF (OVER) UNDER-REPORTED CONTRIBUTIONS- LOCAL 81
AUGUST 1, 2011 THROUGH JUNE 30, 2015

CLIENT'S COPY

SCHEDULE A

| Name | Social Sec. # | Month | Hours | Vacation | Health & Welfare | Pension | Apprent. Training | Bldg. Fund | Promotion Fund | LMCC Trust | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2011** | | | | | | | | | | | |
| Barragan, J. JJ | | November | 16.00 | $49.60 | $112.00 | $48.00 | $4.80 | $2.40 | $4.00 | $1.60 | $222.40 |
| **Totals - 2011** | | | 16.00 | $49.60 | $112.00 | $48.00 | $4.80 | $2.40 | $4.00 | $1.60 | $222.40 |
| **2013** | | | | | | | | | | | |
| Huerta-Soto, J. JJ | | January | (4.00) | $0.00 | ($29.00) | ($13.60) | ($1.40) | ($0.44) | ($1.00) | ($0.72) | ($46.16) |
| **Totals - 2013** | | | (4.00) | $0.00 | ($29.00) | ($13.60) | ($1.40) | ($0.44) | ($1.00) | ($0.72) | ($46.16) |
| **2015** | | | | | | | | | | | |
| Aguilera Fuentes, J. JJ | | May | 62.00 | $217.62 | $504.68 | $260.40 | $24.80 | $9.30 | $15.50 | $11.78 | $1,044.08 |
| | | June | (15.00) | (52.65) | (122.10) | (63.00) | (6.00) | (2.25) | (3.75) | (2.85) | (252.60) |
| Miranda, L. JJ | | January | 26.00 | 91.26 | 211.64 | 109.20 | 10.40 | 3.90 | 6.50 | 4.94 | 437.84 |
| Plasencia, O. 3C | | January | 1.00 | 1.10 | 7.80 | 1.70 | 0.40 | 0.15 | 0.25 | 0.10 | 11.50 |
| Sanchez -Aguilera, R. JJ | | May | 99.00 | 347.49 | 805.86 | 415.80 | 39.60 | 14.85 | 24.75 | 18.81 | 1,667.16 |
| | | June | (37.50) | (131.63) | (305.25) | (157.50) | (15.00) | (5.63) | (9.38) | (7.13) | (631.52) |
| Forward | | | 135.50 | $473.19 | $1,102.63 | $566.60 | $54.20 | $20.32 | $33.87 | $25.65 | $2,276.46 |

BAY AREA ROOFERS TRUST FUNDS
PETERSEN DEAN

SCHEDULE OF (OVER) UNDER-REPORTED CONTRIBUTIONS- LOCAL 81
AUGUST 1, 2011 THROUGH JUNE 30, 2015

CLIENT'S COPY

SCHEDULE A

| Name | Social Sec. # | Month | Hours | Vacation | Health & Welfare | Pension | Apprent. Training | Bldg. Fund | Promotion Fund | LMCC Trust | Total |
|------|---------------|-------|-------|----------|------------------|---------|-------------------|------------|----------------|------------|-------|
| 2015 (Continued) | | | | | | | | | | | |
| Forwarded | | | 135.50 | $473.19 | $1,102.63 | $566.60 | $54.20 | $20.32 | $33.87 | $25.65 | $2,276.46 |
| Tafolla, J. JJ | | January | 1.00 | 3.51 | 8.14 | 4.20 | 0.40 | 0.15 | 0.25 | 0.19 | 16.84 |
| Vazquez, E. JJ | | January | 1.00 | 3.51 | 8.14 | 4.20 | 0.40 | 0.15 | 0.25 | 0.19 | 16.84 |
| | Totals - 2015 | | 137.50 | $480.21 | $1,118.91 | $575.00 | $55.00 | $20.62 | $34.37 | $26.03 | $2,310.14 |
| TOTALS - AUGUST 1, 2011 THROUGH JUNE 30, 2015 | | | 149.50 | $529.81 | $1,201.91 | $609.40 | $58.40 | $22.58 | $37.37 | $26.91 | $2,486.38 |

INTEREST                 625.09

$3,111.47

**BAY AREA ROOFERS TRUST FUNDS**
**PETERSEN DEAN**
**SCHEDULE OF UNDER-REPORTED CONTRIBUTIONS FOR SUBCONTRACT WORK - LOCAL 81**
**AUGUST 1, 2011 THROUGH JUNE 30, 2015**

CLIENT'S COPY

SCHEDULE B

| Name - Class | Social Sec. # | Month | Hours | Vacation | Health & Welfare | Pension | Apprent. Training | Bldg. Fund | Promotion Fund | LMCC Trust | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2011** | | | | | | | | | | | |
| Zapien, C. JJ | N/A | September | 40.00 | $124.00 | $280.00 | $120.00 | $12.00 | $6.00 | $0.00 | $4.00 | $546.00 |
| Penaloza, J. JJ | N/A | September | 40.00 | 124.00 | 280.00 | 120.00 | 12.00 | 6.00 | 0.00 | 4.00 | 546.00 |
| **Totals - 2011** | | | 80.00 | $248.00 | $560.00 | $240.00 | $24.00 | $12.00 | $0.00 | $8.00 | $1,092.00 |
| **2012** | | | | | | | | | | | |
| TradeStaff Contracting Services | | October | 1,005.00 | $3,115.50 | $7,286.25 | $3,417.00 | $351.75 | $150.75 | $251.25 | $140.70 | $14,713.20 |
| | | November | 94.50 | 292.95 | 685.13 | 321.30 | 33.08 | 14.18 | 23.63 | 13.23 | 1,383.50 |
| **Totals - 2012** | | | 1,099.50 | $3,408.45 | $7,971.38 | $3,738.30 | $384.83 | $164.93 | $274.88 | $153.93 | $16,096.70 |
| **2013** | | | | | | | | | | | |
| Tralee Village | | | | | | | | | | | |
| Castaneda, Juan | | July | 6.50 | $20.15 | $47.13 | $22.10 | $2.28 | $0.72 | $1.63 | $1.17 | $95.18 |
| Flores Zavala, Juan Carlos | | July | 6.50 | 20.15 | 47.13 | 22.10 | 2.28 | 0.72 | 1.63 | 1.17 | 95.18 |
| Galicia, Fidencio Javier | | August | 25.00 | 85.25 | 198.50 | 95.00 | 10.00 | 3.75 | 6.25 | 4.75 | 403.50 |
| | | July | 26.25 | 81.38 | 190.31 | 89.25 | 9.19 | 2.89 | 6.56 | 4.73 | 384.31 |
| Guillen, Elias | | August | 51.50 | 175.62 | 408.91 | 195.70 | 20.60 | 7.73 | 12.88 | 9.79 | 831.23 |
| | | July | 27.25 | 84.48 | 197.56 | 92.65 | 9.54 | 3.00 | 6.81 | 4.91 | 398.95 |
| Lares, Arturo | | July | 26.50 | 82.15 | 192.13 | 90.10 | 9.28 | 2.92 | 6.63 | 4.77 | 387.98 |
| Longoria, Jose | | July | 26.50 | 82.15 | 192.13 | 90.10 | 9.28 | 2.92 | 6.63 | 4.77 | 387.98 |
| | | August | 51.25 | 174.76 | 406.93 | 194.75 | 20.50 | 7.69 | 12.81 | 9.74 | 827.18 |
| Pena, Filiberto | | July | 6.50 | 20.15 | 47.13 | 22.10 | 2.28 | 0.72 | 1.63 | 1.17 | 95.18 |
| **Forward** | | | 253.75 | $826.24 | $1,927.86 | $913.85 | $95.23 | $33.06 | $63.46 | $46.97 | $3,906.67 |

**BAY AREA ROOFERS TRUST FUNDS**
**PETERSEN DEAN**
**SCHEDULE OF UNDER-REPORTED CONTRIBUTIONS FOR SUBCONTRACT WORK - LOCAL 81**
**AUGUST 1, 2011 THROUGH JUNE 30, 2015**

CLIENT'S COPY

SCHEDULE B

| Name - Class | Social Sec. # | Month | Hours | Vacation | Health & Welfare | Pension | Apprent. Training | Bldg. Fund | Promotion Fund | LMCC Trust | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Forwarded** | | | 253.75 | $826.24 | $1,927.86 | $913.85 | $95.23 | $33.06 | $63.46 | $46.97 | $3,906.67 |
| **2013 (Continued)** | | | | | | | | | | | |
| Penaloza, Jose Luis | | July | 14.50 | 44.95 | 105.13 | 49.30 | 5.08 | 1.60 | 3.63 | 2.61 | 212.30 |
| | | August | 70.00 | 238.70 | 555.80 | 266.00 | 28.00 | 10.50 | 17.50 | 13.30 | 1,129.80 |
| | | September | 20.00 | 68.20 | 158.80 | 76.00 | 8.00 | 3.00 | 5.00 | 3.80 | 322.80 |
| Perez, Jorge | | July | 6.50 | 20.15 | 47.13 | 22.10 | 2.28 | 0.72 | 1.63 | 1.17 | 95.18 |
| Plasencia Padilla, Hector | | July | 6.50 | 20.15 | 47.13 | 22.10 | 2.28 | 0.72 | 1.63 | 1.17 | 95.18 |
| Quezada C., Felipe | | July | 31.00 | 96.10 | 224.75 | 105.40 | 10.85 | 3.41 | 7.75 | 5.58 | 453.84 |
| Rowe Jr., Donald Dean | | August | 8.00 | 27.28 | 63.52 | 30.40 | 3.20 | 1.20 | 2.00 | 1.52 | 129.12 |
| | | July | 31.00 | 96.10 | 224.75 | 105.40 | 10.85 | 3.41 | 7.75 | 5.58 | 453.84 |
| Zapien, Clemente | | August | 51.50 | 175.62 | 408.91 | 195.70 | 20.60 | 7.73 | 12.88 | 9.79 | 831.23 |
| | | July | 14.50 | 44.95 | 105.13 | 49.30 | 5.08 | 1.60 | 3.63 | 2.61 | 212.30 |
| | | August | 70.00 | 238.70 | 555.80 | 266.00 | 28.00 | 10.50 | 17.50 | 13.30 | 1,129.80 |
| | | September | 20.00 | 68.20 | 158.80 | 76.00 | 8.00 | 3.00 | 5.00 | 3.80 | 322.80 |
| Gomez, Nicholas Ross | | August | 51.25 | 174.76 | 406.93 | 194.75 | 20.50 | 7.69 | 12.81 | 9.74 | 827.18 |
| **Oakport Reroof** | | | | | | | | | | | |
| Cardona, Angel | | December | 69.50 | 237.00 | 551.83 | 264.10 | 27.80 | 10.43 | 17.38 | 13.21 | 1,121.75 |
| Estupian, Ernesto | | December | 38.75 | 132.14 | 307.68 | 147.25 | 15.50 | 5.81 | 9.69 | 7.36 | 625.43 |
| Flores Zavala, Juan Carlos | | December | 89.00 | 303.49 | 706.66 | 338.20 | 35.60 | 13.35 | 22.25 | 16.91 | 1,436.46 |
| Galicia, Fidencio Javier | | December | 89.00 | 303.49 | 706.66 | 338.20 | 35.60 | 13.35 | 22.25 | 16.91 | 1,436.46 |
| Longoria, Jose A. | | December | 69.50 | 237.00 | 551.83 | 264.10 | 27.80 | 10.43 | 17.38 | 13.21 | 1,121.75 |
| Ortiz, Ramon | | December | 62.25 | 212.27 | 494.27 | 236.55 | 24.90 | 9.34 | 15.56 | 11.83 | 1,004.72 |
| Rowe Jr., Donald Dean | | December | 114.00 | 388.74 | 905.16 | 433.20 | 45.60 | 17.10 | 28.50 | 21.66 | 1,839.96 |
| Salas, Pedro A. | | December | 62.25 | 212.27 | 494.27 | 236.55 | 24.90 | 9.34 | 15.56 | 11.83 | 1,004.72 |
| Guillen, Elias | | December | 12.25 | 41.77 | 97.27 | 46.55 | 4.90 | 1.84 | 3.06 | 2.33 | 197.72 |
| Penaloza, Jose Luis | | December | 38.00 | 129.58 | 301.72 | 144.40 | 15.20 | 5.70 | 9.50 | 7.22 | 613.32 |
| Zapien, Clemente | | December | 29.00 | 98.89 | 230.26 | 110.20 | 11.60 | 4.35 | 7.25 | 5.51 | 468.06 |
| **Totals - 2013** | | | 1,322.00 | $4,436.74 | $10,338.05 | $4,931.60 | $517.35 | $189.18 | $330.55 | $248.92 | $20,992.39 |

SCHEDULE B

CLIENT'S COPY

BAY AREA ROOFERS TRUST FUNDS
PETERSEN DEAN
SCHEDULE OF UNDER-REPORTED CONTRIBUTIONS FOR SUBCONTRACT WORK - LOCAL 81
AUGUST 1, 2011 THROUGH JUNE 30, 2015

| Name - Class | Social Sec. # | Month | Hours | Vacation | Health & Welfare | Pension | Apprent. Training | Bldg. Fund | Promotion Fund | LMCC Trust | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lions Hall Housing Labor | | | | | | | | | | | |
| **2014** | | | | | | | | | | | |
| Gonzales- Camacho, Ruben | | January | 104.00 | $354.64 | $825.76 | $395.20 | $41.60 | $15.60 | $26.00 | $19.76 | $1,678.56 |
| Cervantes Cabrales, Melquiades | | January | 40.00 | 136.40 | 317.60 | 152.00 | 16.00 | 6.00 | 10.00 | 7.60 | 645.60 |
| Cortes Gutierrez, Jesus | | January | 5.00 | 17.05 | 39.70 | 19.00 | 2.00 | 0.75 | 1.25 | 0.95 | 80.70 |
| Diaz Magana, Ismael | | January | 104.00 | 354.64 | 825.76 | 395.20 | 41.60 | 15.60 | 26.00 | 19.76 | 1,678.56 |
| Dup, Santos | | January | 5.00 | 17.05 | 39.70 | 19.00 | 2.00 | 0.75 | 1.25 | 0.95 | 80.70 |
| Martinez, Raul | | January | 5.00 | 17.05 | 39.70 | 19.00 | 2.00 | 0.75 | 1.25 | 0.95 | 80.70 |
| Martinez Martinez, Gustavo | | January | 6.00 | 20.46 | 47.64 | 22.80 | 2.40 | 0.90 | 1.50 | 1.14 | 96.84 |
| Pacheco, Juan Manuel | | January | 107.00 | 364.87 | 849.58 | 406.60 | 42.80 | 16.05 | 26.75 | 20.33 | 1,726.98 |
| Villalobos, Juan Jose | | January | 5.00 | 17.05 | 39.70 | 19.00 | 2.00 | 0.75 | 1.25 | 0.95 | 80.70 |
| Villareal, Manuel | | January | 85.25 | 290.70 | 676.89 | 323.95 | 34.10 | 12.79 | 21.31 | 16.20 | 1,375.94 |
| Totals - 2014 | | | 466.25 | $1,589.91 | $3,702.03 | $1,771.75 | $186.50 | $69.94 | $116.56 | $88.59 | $7,525.28 |
| TOTALS - AUGUST 1, 2011 THROUGH JUNE 30, 2015 | | | 2,967.75 | $9,683.10 | $22,571.46 | $10,681.65 | $1,112.68 | $436.05 | $771.99 | $499.44 | $45,706.37 |

INTEREST  19,088.79

$64,795.16

BAY AREA ROOFERS TRUST FUNDS
PETERSEN DEAN
SCHEDULE OF UNDER-REPORTED CONTRIBUTIONS FOR SUBCONTRACT WORK - LOCAL 95
AUGUST 1, 2011 THROUGH JUNE 30, 2015

CLIENT'S COPY

SCHEDULE C

| Name | Social Sec. # | Month | Hours | Vacation | Check - Off Dues | Health & Welfare | Pension | Apprent. Training | Bldg. Fund | Promotion Fund | LMCC Trust | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2013** | | | | | | | | | | | | |
| Rose Bowl Mixed-Use Project | | July | 4,589.00 | $14,455.35 | $5,093.79 | $38,134.59 | $16,749.85 | $1,835.60 | $688.35 | $1,147.25 | $2,248.61 | $80,353.39 |
| Rose Bowl Mixed-Use Project | | August | 3,308.75 | 7,940.99 | 3,672.71 | 28,653.75 | 13,400.42 | 1,323.50 | 496.31 | 827.19 | 1,621.29 | 57,936.16 |
| Rose Bowl Mixed-Use Project | | September | 1,843.50 | 4,424.40 | 2,046.29 | 15,964.71 | 7,466.18 | 737.40 | 276.53 | 460.88 | 903.32 | 32,279.71 |
| **Totals 2013** | | | 9,741.25 | $26,820.74 | $10,812.79 | $82,753.05 | $37,616.45 | $3,896.50 | $1,461.19 | $2,435.32 | $4,773.22 | $170,569.26 |
| **2014** | | | | | | | | | | | | |
| Rose Bowl Mixed-Use Project | | March | 1,217.25 | $2,921.40 | $1,351.15 | $10,541.39 | $4,929.86 | $486.90 | $182.59 | $304.31 | $596.45 | $21,314.05 |
| **Totals 2014** | | | 1,217.25 | $2,921.40 | $1,351.15 | $10,541.39 | $4,929.86 | $486.90 | $182.59 | $304.31 | $596.45 | $21,314.05 |
| **TOTALS - AUGUST 1, 2011 THROUGH JUNE 30, 2015** | | | 10,958.50 | $29,742.14 | $12,163.94 | $93,294.44 | $42,546.31 | $4,383.40 | $1,643.78 | $2,739.63 | $5,369.67 | $191,883.31 |

INTEREST  74,149.15

$266,032.46

# Exhibit C



*United Union of Roofers,*

*Waterproofers and Allied Workers*

AFFILIATED WITH AFL-CIO AND BUILDING AND CONSTRUCTION TRADES DEPARTMENT

Local Union No. 81   

8400 Enterprise Way, Room 122, Oakland, Ca. 94621                    510/632-0505

March 9, 2016

**Neha Sareen, Esq.**
Deputy General Counsel
Petersen-Dean, Inc.
39300 Civic Center Drive, Suite 300
Fremont, CA   94538

Please consider this letter as official notification that effective immediately Local 81 disclaims any interest in representing your Roofers and Waterproofers .

Sincerely

Douglas Ziegler
Business Manager
Roofers and Waterproofers
Local 81

# Exhibit D



Petersen-Dean, Inc.
39300 Civic Center Drive, Suite 300
Fremont, CA 94538
Toll Free: (800) 564-0362
Office: (510) 371-6500
Fax: (510) 371-6599
www.PetersenDean.com

March 16, 2017

**VIA U.S. MAIL & E-MAIL (dougz@unionroofers.com)**

Douglas Ziegler
Roofers and Waterproofers
Local Union No. 81
8400 Enterprise Way, Room 122
Oakland, CA 94621

Dear Mr. Zieglar:

      Without regard to any other claims or defenses, Peterson-Dean, Inc., and on behalf of all subsidiaries and/or affiliates, hereby accepts the Union's disclaimer of interest dated March 9, 2017. Thank you for your correspondence on behalf of Roofers & Waterproofers Local 81.

      Very truly yours,

Neha Sareen, Esq.
Deputy General Counsel
PETERSEN-DEAN, INC.

NS:js

# Exhibit E



# CONTRACTORS STATE LICENSE BOARD

# Contractor's License Detail for License # 832119

**DISCLAIMER: A license status check provides information taken from the CSLB license database. Before relying on this information, you should be aware of the following limitations.**

CSLB complaint disclosure is restricted by law (B&P 7124.6) If this entity is subject to public complaint disclosure, a link for complaint disclosure will appear below. Click on the link or button to obtain complaint and/or legal action information.
Per B&P 7071.17 , only construction related civil judgments reported to the CSLB are disclosed.
Arbitrations are not listed unless the contractor fails to comply with the terms of the arbitration.
Due to workload, there may be relevant information that has not yet been entered onto the Board's license database.

Data current as of 8/22/2017 6:36:42 PM

## Business Information
PETERSEN - DEAN COMMERCIAL INC
dba ROOFS4AMERICA

39300 CIVIC CENTER DR
SUITE 300
FREMONT, CA 94538
Business Phone Number:(510) 371-6500

| | |
|---|---|
| **Entity** | Corporation |
| **Issue Date** | 02/09/2004 |
| **Expire Date** | **02/28/2018** |

## License Status

**This license is current and active.**

**All information below should be reviewed.**

### Additional Status

One or more of the classifications on this license may be removed at a future date if the qualifying person is not replaced by 08/17/2017.

## Classifications

C39 - ROOFING
C43 - SHEET METAL

## Bonding Information
### Contractor's Bond

This license filed a Contractor's Bond with WASHINGTON INTERNATIONAL INSURANCE COMPANY.
**Bond Number:** S9057976
**Bond Amount:** $15,000
**Effective Date:** 01/01/2016
Contractor's Bond History

### Bond of Qualifying Individual

The qualifying individual JAMES PATRICK PETERSEN certified that he/she owns 10 percent or more of the voting stock/membership interest of this company; therefore, the Bond of Qualifying Individual is not required.
**Effective Date:** 02/09/2004

## Workers' Compensation

This license has workers' compensation insurance with the DEPARTMENT OF INDUSTRIAL RELATIONS

**Policy Number:** SP4056778
**Effective Date:** 04/30/2017
**Expire Date:** 04/30/2018
Workers' Compensation History

## Other

Personnel listed on this license (current or disassociated) are listed on other licenses.

Home | Online Services | License Detail | Personnel List

# Contractor's License Detail (Personnel List)

**Contractor License #**   832119
**Contractor Name**   PETERSEN - DEAN COMMERCIAL INC

## Click on the person's name to see a more detailed page of information on that person

### Personnel Currently Associated with License

| | |
|---:|:---|
| **Name** | JAMES PATRICK PETERSEN |
| **Title** | RMO / CEO / PRES |
| **Association Date** | 02/09/2004 |
| **Classification** | C39 |

### Personnel No Longer Associated with License

| | |
|---:|:---|
| **Name** | BERNARD GREGORY O'DONNELL |
| **Title** | RME |
| **Association Date** | 05/20/2010 |
| **Disassociation Date** | 05/19/2017 |
| **Classification** | C43 |
| **Name** | DAVID JOSEPH VAN BEEK |
| **Title** | RMO |
| **Association Date** | 02/09/2004 |
| **Disassociation Date** | 09/18/2013 |
| **Classification** | B |
| **Name** | DAVID ERNEST STUMBOS |
| **Title** | OFFICER |
| **Association Date** | 02/15/2008 |
| **Disassociation Date** | 11/24/2009 |
| **Name** | ERIN J CLARK |
| **Title** | RMO / CEO / PRES |
| **Association Date** | 09/18/2013 |
| **Disassociation Date** | 03/23/2017 |
| **Classification** | B |
| **Additional Classification** | There are additional classifications that can be viewed by selecting this link. |



# Contractor's License Detail for License # 468117

**DISCLAIMER: A license status check provides information taken from the CSLB license database. Before relying on this information, you should be aware of the following limitations.**

CSLB complaint disclosure is restricted by law (B&P 7124.6) If this entity is subject to public complaint disclosure, a link for complaint disclosure will appear below. Click on the link or button to obtain complaint and/or legal action information.

Per B&P 7071.17 , only construction related civil judgments reported to the CSLB are disclosed.

Arbitrations are not listed unless the contractor fails to comply with the terms of the arbitration.

Due to workload, there may be relevant information that has not yet been entered onto the Board's license database.

Data current as of 8/22/2017 6:36:00 PM

## Business Information

PETERSEN-DEAN INC
dba PETERSENDEAN

39300 CIVIC CENTER DRIVE
FREMONT, CA 94538
Business Phone Number:(510) 371-6500

| | |
|---|---|
| **Entity** | Corporation |
| **Issue Date** | 01/16/1985 |
| **Expire Date** | **01/31/2019** |

## License Status

**This license is current and active.**

**All information below should be reviewed.**

### Additional Status

One or more of the classifications on this license may be removed at a future date if the qualifying person is not replaced by 08/17/2017.

## There is Complaint Disclosure information for this license.

## Classifications

C39 - ROOFING
C36 - PLUMBING
C20 - WARM-AIR HEATING, VENTILATING AND AIR-CONDITIONING
C10 - ELECTRICAL
C43 - SHEET METAL

## Bonding Information

Contractor's Bond

This license filed a Contractor's Bond with PLATTE RIVER INSURANCE COMPANY.
**Bond Number:** 41327141
**Bond Amount:** $15,000
**Effective Date:** 05/24/2016
Contractor's Bond History

### Bond of Qualifying Individual

This license filed Bond of Qualifying Individual number **S9057962** for MICHAEL ALAN CLIFTON in the amount of **$12,500** with WASHINGTON INTERNATIONAL INSURANCE COMPANY.
**Effective Date:** 08/27/2008
BQI's Bond History
The qualifying individual JAMES PATRICK PETERSEN certified that he/she owns 10 percent or more of the voting stock/membership interest of this company; therefore, the Bond of Qualifying Individual is not required.
**Effective Date:** 08/30/1993

## Workers' Compensation

This license has workers compensation insurance with the DEPARTMENT OF INDUSTRIAL RELATIONS
**Policy Number:** SP4056778
**Effective Date:** 04/30/2017
**Expire Date:** 04/30/2018
Workers' Compensation History

## Miscellaneous Information

12/14/2015 - CONTRACTOR HIS LETTER SENT

## Other

Personnel listed on this license (current or disassociated) are listed on other licenses.

Home | Online Services | License Detail | Personnel List

# Contractor's License Detail (Personnel List)

**Contractor License #**  468117
**Contractor Name**  PETERSEN-DEAN INC

## Click on the person's name to see a more detailed page of information on that person

### Personnel Currently Associated with License

**Name**  MICHAEL ALAN CLIFTON
**Title**  RME
**Association Date**  09/15/2007
**Classification**  C36
**Additional Classification**  There are additional classifications that can be viewed by selecting this link.
**Name**  JAMES PATRICK PETERSEN
**Title**  RMO / CEO / PRES
**Association Date**  01/16/1985
**Classification**  C39
**Additional Classification**  There are additional classifications that can be viewed by selecting this link.

### Personnel No Longer Associated with License

**Name**  JOSEPH PAUL DEAN
**Title**  OFFICER
**Association Date**  01/16/1985
**Disassociation Date**  11/08/2007
**Name**  JOSEPH CHRISTIAN PETERSEN
**Title**  OFFICER
**Association Date**  01/16/1985
**Disassociation Date**  02/02/1995
**Name**  ELI STUTZMAN
**Title**  RMO
**Association Date**  01/16/1985
**Disassociation Date**  08/30/1993
**Classification**  C39

| | |
|---|---|
| **Name** | BERNARD GREGORY O'DONNELL |
| **Title** | RME |
| **Association Date** | 02/06/2008 |
| **Disassociation Date** | 05/19/2017 |
| **Classification** | C43 |
| **Name** | DAVID JOSEPH VAN BEEK |
| **Title** | RMO |
| **Association Date** | 05/15/2001 |
| **Disassociation Date** | 09/19/2013 |
| **Classification** | B |
| **Additional Classification** | There are additional classifications that can be viewed by selecting this link. |
| **Name** | ERIN J CLARK |
| **Title** | RMO |
| **Association Date** | 09/19/2013 |
| **Disassociation Date** | 03/23/2017 |
| **Classification** | B |
| **Additional Classification** | There are additional classifications that can be viewed by selecting this link. |

8/22/2017

Alex Padilla
California Secretary of State

 **Business Search - Entity Detail**

The California Business Search is updated daily and reflects work processed through Monday, August 21, 2017. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

C1261149   PETERSEN-DEAN, INC.

| | |
|---|---|
| **Registration Date:** | 11/01/1984 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | GEORGE MILIONIS |
| | 39300 CIVIC CENTER DRIVE, SUITE 300 |
| | FREMONT CA 94538 |
| **Entity Address:** | 39300 CIVIC CENTER DRIVE, SUITE 300 |
| | FREMONT CA 94538 |
| **Entity Mailing Address:** | 39300 CIVIC CENTER DRIVE, SUITE 300 |
| | FREMONT CA 94538 |

A Statement of Information is due EVERY year beginning five months before and through the end of November.

| Document Type | File Date | PDF |
|---|---|---|
| SI-COMPLETE | 01/30/2017 | |
| SI-COMPLETE | 01/11/2016 | |
| MERGER | 12/03/2009 | |
| RESTATED REGISTRATION | 09/08/2009 | |
| AMENDMENT | 02/07/2002 | Image unavailable. Please request paper copy. |
| AMENDMENT | 08/14/1985 | Image unavailable. Please request paper copy. |
| REGISTRATION | 11/01/1984 | Image unavailable. Please request paper copy. |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

[ Modify Search ]   [ New Search ]   [ Back to Search Results ]

Alex Padilla
California Secretary of State

 **Business Search - Entity Detail**

The California Business Search is updated daily and reflects work processed through Monday, August 21, 2017. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

C2435283   PETERSEN-DEAN COMMERCIAL, INC.

| | |
|---|---|
| **Registration Date:** | 07/18/2003 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | GEORGE MILIONIS |
| | 39300 CIVIC CENTER DRIVE, SUITE 300 |
| | FREMONT CA 94538 |
| **Entity Address:** | 39300 CIVIC CENTER DRIVE, SUITE 300 |
| | FREMONT CA 94538 |
| **Entity Mailing Address:** | 39300 CIVIC CENTER DRIVE, SUITE 300 |
| | FREMONT CA 94538 |

A Statement of Information is due EVERY year beginning five months before and through the end of July.

| Document Type | ⇅ | File Date | ⇵ | PDF |
|---|---|---|---|---|
| SI-COMPLETE | | 07/25/2017 | | |
| SI-COMPLETE | | 06/29/2016 | | |
| REGISTRATION | | 07/18/2003 | | |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

[ Modify Search ]   [ New Search ]   [ Back to Search Results ]

Alex Padilla
**California Secretary of State**

 Business Search - Results

The California Business Search is updated daily and reflects work processed through Monday, August 21, 2017. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

- Select an entity name below to view additional information. Results are listed alphabetically in ascending order by entity name, or you can select a column title to change the sort order.
- To refine the search results, enter a word or a string of words in the "Narrow search results" box. The "Narrow search results" will search on all fields of the initial search results.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on requesting a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

Results of search for Corporation Name keyword "petersen dean" returned 3 entity records (out of 3 records found).

Show [ 10 ▼ ] entities per page

Narrow search results: [                    ]

| Entity Number ↕ | Registration Date ↕ | Status ↕ | Entity Name ↕ | Jurisdiction ↕ | Agent for Service of Process ↕ |
|---|---|---|---|---|---|
| C3022972 | 09/06/2007 | DISSOLVED | **DEAN PETERSEN CONSTRUCTION, INC.** | CALIFORNIA | DEAN R. PETERSEN |
| C2435283 | 07/18/2003 | ACTIVE | **PETERSEN-DEAN COMMERCIAL, INC.** | CALIFORNIA | GEORGE MILIONIS |
| C1261149 | 11/01/1984 | ACTIVE | **PETERSEN-DEAN, INC.** | CALIFORNIA | GEORGE MILIONIS |

Showing 1 to 3 of 3 entities

Previous [ 1 ] Next

[ Modify Search ]   [ New Search ]